UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

QUINTIN KEENE

                             Plaintiff(s),

                                                 ***MEDIATION CERTIFICATION***

                                                    __17__ - cv - __6708__

                        v.

CITY OF ROCHESTER, et al.,

                             Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on __7/31/18__.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☑ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

***Date:*** 07/31/2018                       ***Mediator:*** /S/ Patrick J. Solomon

***Additional Comments:***
The parties may schedule another session.

[Print]  [Clear Form]