**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**



QUINTIN KEENE,
                 Plaintiff,

      v.

CITY OF ROCHESTER, et al.,
                 Defendants.

**DECISION & ORDER**
17-cv-6708-MAT-JWF

For the reasons stated on the record at oral argument on December 12, 2018, plaintiff's motion to compel compliance with his subpoena to non-party Rochester Police Locust Club (Docket # 39) is **denied without prejudice**.

**IT IS SO ORDERED.**

_____
JONATHAN W. FELDMAN
United States Magistrate Judge

Dated:    December 13, 2018
            Rochester, New York